**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Maria Aide DELGADO, Defendant–
Appellant.**

**No. 07–41041.**

United States Court of Appeals,
Fifth Circuit.

July 7, 2011.

James Lee Turner (argued), Renata Ann Gowie, Asst. U.S. Attys., Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Fed. Pub. Def., Timothy William Crooks, Margaret Christina Ling (argued), Asst. Fed. Pub. Defenders, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and KING, JOLLY, DAVIS, SMITH, GARZA, BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES and GRAVES, Circuit Judges.

BY THE COURT:

A majority of the circuit judges in regular active service and not disqualified having voted in favor, on the Court's own motion, to rehear this case en banc,

It is ordered that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.